■ LORI HOOVER et al., Respondents, v NEW HOLLAND NORTH AMERICA, INC., Formerly Known as FORD NEW HOLLAND, INC., et al., Appellants, et al., Defendants. CNH AMERICA LLC, Third-Party Plaintiff-Appellant, v KYLE P. ANDREWS, Treasurer of Ni-

agara County, as Temporary Administrator for the Estate of GARY HOOVER, Deceased, Third-Party Defendant-Respondent. (Appeal No. 2.) [953 NYS2d 914]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered September 30, 2011. The order, inter alia, denied in part the posttrial motions of the parties.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1], [2]). Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.